UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. CR08-216-JLR |
| v. | ) | |
| | ) | |
| JOEL BERNARD PERRY, | ) | DETENTION ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offenses charged</u>:

      Counts 1-6:    Distribution of Crack Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841 (b)(1)(B) and 18 U.S.C. § 2.

<u>Date of Detention Hearing</u>:   October 24, 2008.

       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

       (1)     Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charge. Application of the presumption is appropriate in this case.

       (2)     Defendant has previous conviction involving assaults and unlawful possession of firearms.

DETENTION ORDER              15.13
18 U.S.C. § 3142(i)       Rev. 1/91
PAGE 1

01        (3)      Defendant has a history of failures to appear and failure to comply with court

02  orders.

03        (4)      There are no conditions or combination of conditions other than detention that

04  will reasonably assure the appearance of defendant as required or ensure the safety of the

05  community.

06        IT IS THEREFORE ORDERED:

07        (1)      Defendant shall be detained pending trial and committed to the custody of the

08                 Attorney General for confinement in a correctional facility separate, to the extent

09                 practicable, from persons awaiting or serving sentences or being held in custody

10                 pending appeal;

11        (2)      Defendant shall be afforded reasonable opportunity for private consultation with

12                 counsel;

13        (3)      On order of a court of the United States or on request of an attorney for the

14                 government, the person in charge of the corrections facility in which defendant

15                 is confined shall deliver the defendant to a United States Marshal for the purpose

16                 of an appearance in connection with a court proceeding; and

17        (4)      The Clerk shall direct copies of this Order to counsel for the United States, to

18                 counsel for the defendant, to the United States Marshal, and to the United States

19                 Pretrial Services Officer.

20        DATED this 24th day of October, 2008.

21

22                                 _James P. Donohue_

23                                JAMES P. DONOHUE
                                  United States Magistrate Judge

24

25

26

DETENTION ORDER                       15.13
18 U.S.C. § 3142(i)                     Rev. 1/91
PAGE 2